**DENIED; and Opinion Filed August 31, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01021-CV

### IN RE TEGAN ELIZABETH MANN, Relator

**Original Proceeding Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-03856-Y**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

Relator filed this petition for writ of mandamus in this suit affecting the parent-child relationship requesting the Court order the trial court to allow relator to determine the primary residence of the child without regard to geographic location. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish her right to mandamus relief.

We deny the petition.

/Lana Myers/
LANA MYERS
JUSTICE

151021F.P05